IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAMS WILLIAMS, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 24-CV-6020 |
| : | |
| PHILA CHILD SUPPORT : | |
| FAMILY COURT DIV., *et al.*, : | |
|     Defendants. : | |

### ORDER

AND NOW, this 10th day of June, 2025, upon consideration of Plaintiff William Williams's Motion to Proceed *In Forma Pauperis* (Doc. No. 11) and *pro se* Complaint (Doc. No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the accompanying Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**